# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81021-CV-MIDDLEBROOKS/Matthewman

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

STACEY MALO,

    Intervenor Plaintiff,

v.

NICE SYSTEMS, INC.

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulations of Dismissal with Prejudice ("Stipulations"), filed on August 19, 2021. (DE 162; DE 163). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulations are self-executing and no order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers in West Palm Beach, Florida, this 19th day of August, 2021.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:     Counsel of Record